**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard George Ireland,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>　　　　　Defendants. | No. CV-19-02770-PHX-SRB (ESW)<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's "Stipulation for Extension of Time to Answer and for Initial Disclosure" (Doc. 27), which Defendants do not oppose (Doc. 28). For good cause shown,

　　　　**IT IS ORDERED** granting Plaintiff's "Stipulation for Extension of Time to Answer and for Initial Disclosure" (Doc. 27).

　　　　**IT IS FURTHER ORDERED** that Plaintiff has until **September 22, 2020** to answer Defendants' First Set of Interrogatories and to make his initial disclosure.

　　　　Dated this 24th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge